# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 07-19643 |
| | § | |
| BARIATRIC SPECIALISTS OF | § | |
| ILLINOIS, S.C. | § | |
| | § | |
| | § | |
| Debtor | | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/23/2007. The undersigned trustee was appointed on 10/23/2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $59,216.31

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $6,032.84 |
| Bank service fees | $2,173.16 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $51,010.31 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was <u>05/06/2008</u> and the deadline for filing government claims was <u>05/06/2008</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$6,210.82</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$3,607.62</u>, for a total compensation of <u>$3,607.62</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>06/13/2014</u>          By:   <u>/s/ Horace Fox, Jr.</u>
                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit A

| | |
|---|---|
| **Case No.:** 07-19643 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | **Date Filed (f) or Converted (c):** 10/23/2007 (f) |
| **For the Period Ending:** 6/13/2014 | **§341(a) Meeting Date:** 12/04/2007 |
| | **Claims Bar Date:** 05/06/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   Checking Bank Account JP Morgan Chase | $0.00 | $26,494.85 | | $26,494.85 | FA |
| **Asset Notes:**   Account # 28122 | | | | | |
| 2   Checking Bank Account LaSalle 5800675216 | $0.00 | $0.00 | | $0.00 | FA |
| 3   Bank Account Firth Third Bank 7912152860 | $0.00 | $0.00 | | $149.63 | FA |
| **Asset Notes:**   DDA | | | | | |
| 4   Bank Account Fifth Third Bank 7480495238 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Controlled Disbursements | | | | | |
| 5   Bank Account Fith Third Bank 7912151946 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Payroll | | | | | |
| 6   Interest in Insuance Policies. St Paul Travelers Insurance Company Package Policy (12/1/06-12/1/07) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Personal Property, Buisness Liability, Worker Compensation; Umbrella | | | | | |
| 7   Account Receivables | $86,514.00 | $86,514.00 | | $9,085.34 | FA |
| **Asset Notes:**   Net Patient Recivables 129,294 i) Blue Cross, Blue Shield 1,077 ii) United Health, 19,606 iii patient balances 620,621 Less Bad Debt Allowences 496,497  A/r needs to be grossly allocated as RDK took out its 50% prior to sending net amount to us. 11.1.13 Less Negative Cash on Hand 42,780 Less Contractual Allowances 15,512.  These receivables are very old and belonged to patient, some deceased and too ill to work, in small amounts, generally. Values on ar's worth very little due to age, amount and financial condition of patients. Asset 9, Engiman is part of this asset. | | | | | |
| 8   Other Personal Property Prepaid Insurance | $2,422.00 | $2,422.00 | | $0.00 | FA |
| **Asset Notes:**   used to pay ins premiums no value | | | | | |
| 9   Eggiman Settlement/a.r.   (u) | Unknown | $4,000.00 | | $4,000.00 | FA |
| **Asset Notes:**   a/r not to be included in RDK a/r.  Received from Smith Amundsen | | | | | |
| 10   preferential transfer action v. Tsinman   (u) | $0.00 | $15,000.00 | | $0.00 | FA |
| **Asset Notes:**   adversary filed 10.16.09 | | | | | |
| 11   preference v. Forest Health, based of fraudulent transfer   (u) | $0.00 | $10.00 | | $0.00 | FA |
| **Asset Notes:**   Forest managed Bariatric.  Discovery showed this action is worthless. | | | | | |
| 12   Bank Account National City Bank   (u) | $0.00 | $4,530.46 | | $4,530.46 | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    2          Exhibit A

| Case No.: | 07-19643 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | Date Filed (f) or Converted (c): | 10/23/2007 (f) |
| For the Period Ending: | 6/13/2014 | | §341(a) Meeting Date: | 12/04/2007 |
| | | | Claims Bar Date: | 05/06/2008 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 13 | Bollinger, Ruberry & Garvey    (u) | $4,000.00 | $4,000.00 | | $4,000.00 | FA |
| **Asset Notes:** | Adversary Settlement case # 0900988 | | | | | |
| 14 | Bank of America account    (u) | $0.00 | $0.00 | | $10,920.46 | FA |
| **Asset Notes:** | complaint being prepared, filed 10.9.13  Default jdmt being prepared. | | | | | |
| INT | Interest Earned    (u) | Unknown | Unknown | | $35.57 | Unknown |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | $92,936.00 | $142,971.31 | | $59,216.31 | $0.00 |

**Major Activities affecting case closing:**
    Final report submitted, 5.28.14

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   3          Exhibit A

| Case No.: | 07-19643 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | Date Filed (f) or Converted (c): | 10/23/2007 (f) |
| For the Period Ending: | 6/13/2014 | §341(a) Meeting Date: | 12/04/2007 |
| | | Claims Bar Date: | 05/06/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

There is still a 10,000 balance to collect from Bank of America.  7.5.11

A/r collector Kundrata has collected a small amount of the old, small receivables receivables.   Called for status 11.03.11

Bank of America check still outstanding..Kundrata a/r's are small and old and may need to be deemed abandoned. 3.11.12

E-mail Mr. de 'Medici re BOA account collection. 7.7.12

Pursuing Bank of America account. 10.27.12

Sent e-mail requesting status of collection to Mr. de Medici 2.10.13

Emailed L. West re taxable event 7.29.13

Adversary v BOA being prepared for filing 8.9.13

Bank of America adversary filed 10.9.13, status 11.13.13. 10:30 AM, 742.

There are in fact 11 claims, although the claims register in software only shows 2, Pacer shows 11.  # 11 is priority.

Claim objection set in court in April 10, 2014.(3.30.14)

Claim objection to claim 3 continued to 4.17.14, claim disallowed.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:  4    Exhibit A

| Case No.: | 07-19643 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | Date Filed (f) or Converted (c): | 10/23/2007 (f) |
| For the Period Ending: | 6/13/2014 | | §341(a) Meeting Date: | 12/04/2007 |
| | | | Claims Bar Date: | 05/06/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Small adversary( Tsinman status 1.28.10) to be dismissed, money went out of the estate, but was replaced by Forest Health.

4.8.10 approval or compromise on adversary.  4.6.10 order approving fees for attorney.  Accountant hired.

10.2.10

Discovery scheduled with Forest (day to day manager) of Bariatric.

After a deposition of FHS was undertaken, documents were produced and testimony provided, that showed that the transfer of funds to FHS by Bariatric was almost imediately offset by a transfer back to Bariatric.  Further FHS had provided services during the relevant period far in excess of the transfers to to FHS.  The adversary will be dismissed. 1.24.11

Requested reissue of 4,000.00 from Bollinger adversary settlement (accounting department ) by fax from Ms. Trentino, copy to bdm by e-mail.1.26.2011

Confirmed with Mr. de 'Medici that there is a bank account ( 10k yet to be collected ).  12.03.11
Filed adversaries v. Tsinman and Forest Health, which managed debtor
Collection agent, Kundrata hired.  Adversary against Forest Health  and Mr. Tsinman have been filed, for turnover of money and property.  Getting data on monies that left accounts after the case was filed.
Gus Rech, grech@slbllp.com has a 1.75 million claim.
Have filed a motion to employ a collection agent to collect small and old receivables.  Examining bank statements and have demanded balances in the accounts at Fifth Third, National CIty, Chase and Bank of America.
A/r's are so old, and small that collection firm, Teller & Silvertrust have refused to take on contingency.  Contacted medical collections firm.  May need to abandon many of claims.

Found a firm Richard D. Kundrata at 50% to collect  old a r's. Consider turnover action for bank balances and information not turned over.

| Initial Projected Date Of Final Report (TFR): | 09/30/2014 | Current Projected Date Of Final Report (TFR): | 05/01/2014 | /s/ HORACE FOX, JR. |
| | | | | HORACE FOX, JR. |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-19643 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1676 | | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/23/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $42,689.40 | | $42,689.40 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $15.55 | $42,673.85 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $68.86 | $42,604.99 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $70.96 | $42,534.03 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $64.20 | $42,469.83 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $66.32 | $42,403.51 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $68.42 | $42,335.09 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $68.31 | $42,266.78 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $40.82 | $42,225.96 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $63.77 | $42,162.19 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $70.23 | $42,091.96 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $63.54 | $42,028.42 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $67.82 | $41,960.60 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $67.71 | $41,892.89 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $65.42 | $41,827.47 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $74.02 | $41,753.45 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $58.68 | $41,694.77 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $67.28 | $41,627.49 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $69.34 | $41,558.15 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $62.73 | $41,495.42 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $66.96 | $41,428.46 |
| 02/05/2013 | 5002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $49.15 | $41,379.31 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $60.33 | $41,318.98 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $66.67 | $41,252.31 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $64.42 | $41,187.89 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $70.75 | $41,117.14 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $59.92 | $41,057.22 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $66.25 | $40,990.97 |
| | | | | **SUBTOTALS** | $42,689.40 | $1,698.43 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-19643 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1676 | | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/23/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $70.41 | $40,920.56 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $59.64 | $40,860.92 |
| 10/09/2013 | 5003 | Clerk Of the Bankruptcy Court | Complaint by Horace Fox, Jr. against BANK OF AMERICA, N.A.. Fee Amount $293. Adversary # 13-01222 | 2700-000 | | $293.00 | $40,567.92 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $65.67 | $40,502.25 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $65.35 | $40,436.90 |
| 12/23/2013 | (14) | BANK OF AMERICA | Preference Settlement Bank of America | 1241-000 | $10,920.46 | | $51,357.36 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $63.71 | $51,293.65 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $88.11 | $51,205.54 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $74.63 | $51,130.91 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $77.18 | $51,053.73 |
| 04/01/2014 | 5004 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $43.42 | $51,010.31 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $53,609.86 | $2,599.55 | $51,010.31 |
| | | | Less: Bank transfers/CDs | | $42,689.40 | $0.00 | |
| | | | Subtotal | | $10,920.46 | $2,599.55 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $10,920.46 | $2,599.55 | |

| For the period of 10/23/2007 to 6/13/2014 | | For the entire history of the account between 07/25/2011 to 6/13/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,920.46 | Total Compensable Receipts: | $10,920.46 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,920.46 | Total Comp/Non Comp Receipts: | $10,920.46 |
| Total Internal/Transfer Receipts: | $42,689.40 | Total Internal/Transfer Receipts: | $42,689.40 |
| | | | |
| Total Compensable Disbursements: | $2,599.55 | Total Compensable Disbursements: | $2,599.55 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,599.55 | Total Comp/Non Comp Disbursements: | $2,599.55 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 07-19643 | | | Trustee Name: | | Horace Fox, Jr. |
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | | Bank Name: | | STERLING BANK |
| Primary Taxpayer ID #: | **-***1676 | | | Checking Acct #: | | ******9643 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 10/23/2007 | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 08/07/2009 | | Transfer From  Acct#******9643 | trans money market to checking for adversary filing | 9999-000 | $250.00 | | $250.00 |
| 08/07/2009 | 2 | CLERK, U.S. BANKRUPTCY COURT | Adversary case 09-00687. (11 (Recovery of money/property - 542 turnover of property)): Complaint by Horace Fox Trustee against Forest Health Services LLC. Fee Amount $250 | 2700-000 | | $250.00 | $0.00 |
| 10/15/2009 | | Transfer From  Acct#******9643 | transfer from money market to checking for adversary filing | 9999-000 | $500.00 | | $500.00 |
| 10/15/2009 | 3 | Clerk, US Bankruptcy Court | Adversary case 09-00988. (12 (Recovery of money/property - 547 preference)): Complaint by Horace Fox Trustee against Bollinger Ruberry & Garvey. ( | 2700-000 | | $250.00 | $250.00 |
| 10/15/2009 | 4 | Clerk, US Bankruptcy Court | Adversary case 09-00992. (12 (Recovery of money/property - 547 preference)): Complaint by Horace Fox against Michael G. Tsinman. Fee Amount $250. | 2700-000 | | $250.00 | $0.00 |
| 10/23/2009 | | Transfer From  Acct#******9643 | transfer from money market to checking/adv filing | 9999-000 | $250.00 | | $250.00 |
| 10/23/2009 | 5 | Clerk, US Bankruptcy Court | Adversary case 09-01034. (12 (Recovery of money/property - 547 preference)): Complaint by Foresth Health Services, LLC against Horace Fox Jr. Fee Amount $250 | 2700-000 | | $250.00 | $0.00 |
| 04/28/2010 | | Transfer From  # ******9643 | Transfer For Bond Payment | 9999-000 | $29.12 | | $29.12 |
| 04/28/2010 | 6 | International Sureties, LTD. | Bond Payment | 2300-000 | | $29.12 | $0.00 |
| 03/02/2011 | | Transfer From  # ******9643 | Transfer For Bond Payment | 9999-000 | $34.66 | | $34.66 |
| 03/02/2011 | 7 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $34.66 | $0.00 |
| | | | | **SUBTOTALS** | $1,063.78 | $1,063.78 | |

Page No: 4                    Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-19643 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1676 | Checking Acct #: | ******9643 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/23/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,063.78 | $1,063.78 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1,063.78 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $1,063.78 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $1,063.78 | |

| For the period of **10/23/2007 to 6/13/2014** | | For the entire history of the account between **08/07/2009 to 6/13/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,063.78 | Total Internal/Transfer Receipts: | $1,063.78 |
| | | | |
| Total Compensable Disbursements: | $1,063.78 | Total Compensable Disbursements: | $1,063.78 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,063.78 | Total Comp/Non Comp Disbursements: | $1,063.78 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 07-19643 | | | Trustee Name: | | Horace Fox, Jr. |
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | | Bank Name: | | STERLING BANK |
| Primary Taxpayer ID #: | **-***1676 | | | Money Market Acct #: | | ******9643 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 10/23/2007 | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/07/2009 | (9) | Wallace L. Taylor | Accounts Receivable Collection, Bariatric V.Eggiman settlement. | 1149-000 | $4,000.00 | | $4,000.00 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.12 | | $4,000.12 |
| 05/01/2009 | (3) | Fifth Third Bank | Close account. There are three Fifth Third bank claims. | 1129-000 | $149.63 | | $4,149.75 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.18 | | $4,149.93 |
| 06/17/2009 | | Chase | collection on a/r's, Chase | * | $1,256.19 | | $5,406.12 |
| | {7} | | $2,512.38 | 1121-000 | | | $5,406.12 |
| | | | RDK receivable-.Trustee is authorized to pay Richard D. Kundrata order dated 4/14/09 | $(1,256.19) 3731-000 | | | $5,406.12 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.19 | | $5,406.31 |
| 07/10/2009 | | RDK Collection Services, Inc. | a/c collections through RDK. Lehman and Fox has cashed no checks from RDK they have all been deposited into the Bariatric account. | * | $2,436.02 | | $7,842.33 |
| | {7} | | $4,872.04 | 1121-000 | | | $7,842.33 |
| | | | Trustee is authorized to pay 50% to Richard D. Kundrata order dated 4/14/09 | $(2,436.02) 3731-000 | | | $7,842.33 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.26 | | $7,842.59 |
| 08/07/2009 | | Transfer To Acct#******9643 | transfer from money market to checking to pay adversary filing fee. | 9999-000 | | $250.00 | $7,592.59 |
| 08/07/2009 | 1 | Clerk Of the Bankruptcy Court | Adversary case 09-00687. (11 (Recovery of money/property - 542 turnover of property)): Complaint by Horace Fox Trustee against Forest Health Services LLC. Fee Amount $250 | 2700-003 | | $250.00 | $7,342.59 |
| 08/07/2009 | 1 | VOID: Clerk Of the Bankruptcy Court | void check | 2700-003 | | ($250.00) | $7,592.59 |
| 08/10/2009 | | RDK Collection Services, Inc. | collections of old receivables through RDK. Lehman and Fox has cashed no checks from RDK they have all been deposited into the Bariatric account. | * | $565.03 | | $8,157.62 |
| | {7} | | $1,130.06 | 1121-000 | | | $8,157.62 |
| | | | Trustee is authorized to pay 50% to Richard D. Kundrata order dated 4/14/09 | $(565.03) 3731-000 | | | $8,157.62 |
| | | | | **SUBTOTALS** | $8,407.62 | $250.00 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No. | 07-19643 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1676 | | | Money Market Acct #: | ******9643 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/23/2007 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.34 | | $8,157.96 |
| 09/08/2009 | | RDK Collection Services, Inc. | a/r collection through RDK. Lehman and Fox has cashed no checks from RDK they have all been deposited into the Bariatric account. | * | $43.25 | | $8,201.21 |
| | {7} | | | $86.50 | 1121-000 | | $8,201.21 |
| | | | Trustee is authorized to pay 50% to Richard D. Kundrata order dated 4/14/09 | $(43.25) | 3731-000 | | $8,201.21 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.34 | | $8,201.55 |
| 10/14/2009 | (1) | Chatman Capital Corp | Several Bank Account Chase, Fifth third bank, and Bank Of America listed on schedule B. | 1129-000 | $26,494.85 | | $34,696.40 |
| 10/15/2009 | | Transfer To Acct#******9643 | money market to checking adv filing | 9999-000 | | $500.00 | $34,196.40 |
| 10/23/2009 | | Transfer To Acct#******9643 | trans from money market to checking for adv filing | 9999-000 | | $250.00 | $33,946.40 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.81 | | $33,947.21 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.40 | | $33,948.61 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.44 | | $33,950.05 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.44 | | $33,951.49 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.30 | | $33,952.79 |
| 03/22/2010 | (12) | National City Bank | bank account proceeds, National City | 1229-000 | $4,530.46 | | $38,483.25 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.48 | | $38,484.73 |
| 04/16/2010 | | RDK Collection Services., Inc. | This check amounts to %50 of what was paid on this recievable. Lehman and Fox has cashed no checks from RDK they have all been deposited into the Bariatric account. | * | $242.18 | | $38,726.91 |
| | {7} | | | $484.36 | 1121-000 | | $38,726.91 |
| | | | | $(242.18) | 3731-000 | | $38,726.91 |
| 04/28/2010 | | Transfer To # ******9643 | Transfer For Bond Payment | 9999-000 | | $29.12 | $38,697.79 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.59 | | $38,699.38 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.64 | | $38,701.02 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.59 | | $38,702.61 |
| | | | SUBTOTALS | | $31,324.11 | $779.12 | |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-19643 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1676 | | | Money Market Acct #: | ******9643 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/23/2007 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.64 | | $38,704.25 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.64 | | $38,705.89 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.59 | | $38,707.48 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.64 | | $38,709.12 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.59 | | $38,710.71 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.64 | | $38,712.35 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.64 | | $38,713.99 |
| 02/16/2011 | (13) | Bollinger, Ruberry & Garvey | Deposit Reversed because it did not print the deposit slip. | 1241-000 | $4,000.00 | | $42,713.99 |
| 02/16/2011 | (13) | Bollinger, Ruberry & Garvey | Deposit Reversed because it did not print the deposit slip. | 1241-000 | ($4,000.00) | | $38,713.99 |
| 02/16/2011 | (13) | Bollinger, Ruberry & Garvey | Adversary Settlement case # 0900988, Bollinger | 1241-000 | $4,000.00 | | $42,713.99 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.55 | | $42,715.54 |
| 03/02/2011 | | Transfer To  # ******9643 | Transfer For Bond Payment | 9999-000 | | $34.66 | $42,680.88 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.81 | | $42,682.69 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.75 | | $42,684.44 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.81 | | $42,686.25 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.75 | | $42,688.00 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $1.40 | | $42,689.40 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $42,689.40 | $0.00 |
| | | | **SUBTOTALS** | | $4,021.45 | $42,724.06 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-19643 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1676 | Money Market Acct #: | ******9643 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/23/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $43,753.18 | $43,753.18 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $43,753.18 | |
| | | | **Subtotal** | | $43,753.18 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $43,753.18 | $0.00 | |

| For the period of 10/23/2007 to 6/13/2014 | | For the entire history of the account between 04/07/2009 to 6/13/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $48,295.85 | Total Compensable Receipts: | $48,295.85 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $48,295.85 | Total Comp/Non Comp Receipts: | $48,295.85 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,542.67 | Total Compensable Disbursements: | $4,542.67 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,542.67 | Total Comp/Non Comp Disbursements: | $4,542.67 |
| Total Internal/Transfer Disbursements: | $43,753.18 | Total Internal/Transfer Disbursements: | $43,753.18 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-19643 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1676 | | Money Market Acct #: | ******9643 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/23/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $54,673.64 | $3,663.33 | $51,010.31 |

**For the period of 10/23/2007 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $59,216.31 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $59,216.31 |
| Total Internal/Transfer Receipts: | $43,753.18 |
| | |
| Total Compensable Disbursements: | $8,206.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,206.00 |
| Total Internal/Transfer Disbursements: | $43,753.18 |

**For the entire history of the case between 10/23/2007 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $59,216.31 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $59,216.31 |
| Total Internal/Transfer Receipts: | $43,753.18 |
| | |
| Total Compensable Disbursements: | $8,206.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,206.00 |
| Total Internal/Transfer Disbursements: | $43,753.18 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

CLAIM ANALYSIS REPORT                                                                                                  Page No: 1                    Exhibit C

| Case No. | 07-19643 | | | | | | | | Trustee Name: | Horace Fox, Jr. | |
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | | | | | | | Date: | 6/13/2014 | |
| Claims Bar Date: | 05/06/2008 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR.<br><br>6 East Monroe<br>Suite 1004<br>Chicago IL 60603 | 11/15/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $6,210.82 | $6,210.82 | $0.00 | $0.00 | $0.00 | $6,210.82 |
| | RDK  COLLECTIONS | 01/30/2014 | Consultant for Trustee Fees | Allowed | 3731-000 | $0.00 | $4,542.67 | $4,542.67 | $4,542.67 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Fee deducted prior to receipt of checksfrom RDK. | | | | | | | | | | | |
| | LOIS WEST, POPOWCER, KATTEN LLC<br>35 E. Wacker<br>#1550<br>Chicago IL 60601 | 01/30/2014 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $5.50 | $5.50 | $0.00 | $0.00 | $0.00 | $5.50 |
| | LOIS WEST POPOWCER KATTEN LLC<br><br>35 East Wacker Drive<br>Suite 1550<br>Chicago IL 60601 | 12/23/2013 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $1,911.00 | $1,911.03 | $0.00 | $0.00 | $0.00 | $1,911.03 |
| | WILLIAM HACKNEY AND SMITH AMUNDSEN LLC<br>150 N.  Michigam Ave.,<br>#3300<br>Chicago IL 60601 | 04/18/2014 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $1,583.64 | $1,583.64 | $0.00 | $0.00 | $0.00 | $1,583.64 |
| **Claim Notes:** | 170.72 from prior order and 1412.92 from final request | | | | | | | | | | | |
| | BRUCE DE 'MEDICI<br><br>834 Forest<br>Oak Park IL 60302 | 12/07/2013 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $6,630.00 | $6,630.00 | $0.00 | $0.00 | $0.00 | $6,630.00 |

Page No: 2     Exhibit C

| Case No. | 07-19643 | | | | | | | Trustee Name: | Horace Fox, Jr. | | |
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | | | | | | Date: | 6/13/2014 | | |
| Claims Bar Date: | 05/06/2008 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | WILLIAM HACKNEY AND SMITH AMUNDSEN LLC<br>150 N. Michigan #3300<br>Chicago IL 60601 | 04/18/2014 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $71,477.50 | $71,477.50 | $0.00 | $0.00 | $0.00 | $71,477.50 |

**Claim Notes:**   15,000 allowed from prior fee application for Smith Amundsen, 35000 ordered withheld (35,000 able to be sought for approval by further order of Court, 4.16.10 order)  21,477.50 sought for approval along with prior 35000 sought for approval.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | DEPARTMENT OF TREASURY<br><br>Internal Revenue Service Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia PA 19114 | 06/10/2010 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $1,106.61 | $1,106.61 | $0.00 | $0.00 | $0.00 | $1,106.61 |

**Claim Notes:**   Late filed unsecured priority tax claim.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WILLIAMS, SHEILA (ESTATE OF)<br>c/o William Burke<br>150 N. LaSalle Dr., Ste. 3050<br>Chicago IL 60606 | 10/31/2007 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $4,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Claim withdrawn, see docket entry 57.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * 2 | GORDON FLESCH CO., INC.<br>P.O. Box 992<br>Madison WI 53701-0992 | 02/22/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $100.00 | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 |

**Claim Notes:**   Disallowed as sec, allowed as unsecured non priority.

* There is an objection filed for this claim

CLAIM ANALYSIS REPORT   Page No: 3   Exhibit C

| Case No. | 07-19643 | | | | | | | Trustee Name: | Horace Fox, Jr. | | |
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | | | | | | Date: | 6/13/2014 | | |
| Claims Bar Date: | 05/06/2008 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * 3 | ROBERTA AND GEORGE FERGUSON c/o Frank/Gecker LLP Attn: Reed A. Heiligman 325 North LaSalle Street, Suite 625 Chicago IL 60610 | 04/11/2008 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   (3-1) State Court Action - unliquidated
4.10.14 objection, this claim continued 1 week, 4.17.14, see e-mail from Reed Heligman, attorney for claimants.  Claim disallowed 4.
17.14

| 4 | HOLMSTROM & KENNEDY 800 N. Church Street Rockford IL 61105-0589 | 05/02/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,514.35 | $2,514.35 | $0.00 | $0.00 | $0.00 | $2,514.35 |

**Claim Notes:**   (4-1) legal fees

| * 5 | GARY CUTLER c/o Brian K. Larkin One Court Place, Suite 301 Rockford IL 61101 | 05/06/2008 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   (5-1) Wrongful Death Claim 4.10.14

| 6 | KATHRYN BONWELL c/o Brian K. Larkin One Court Place, Suite 301 Rockford IL 61101 | 05/06/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $335,720.00 | $335,720.00 | $0.00 | $0.00 | $0.00 | $335,720.00 |

**Claim Notes:**   (6-1) Wrongful Death claim

| * 7 | KATHY BANKS HUNT AND STEVEN HUNT c/o Brian K. Larkin One Court Place, Suite 301 Rockford IL 61101 | 05/06/2008 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   (7-1) Medical Negligence Litigation

* There is an objection filed for this claim

CLAIM ANALYSIS REPORT                                                                           Page No: 4        Exhibit C

| | | |
|---|---|---|
| Case No. | 07-19643 | Trustee Name: Horace Fox, Jr. |
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | Date: 6/13/2014 |
| Claims Bar Date: | 05/06/2008 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | FOREST HEALTH SERVICES, LLC<br>135 South Prospect St.<br>Ypsilanti MI 48198 | 05/06/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,132,329.00 | $5,132,329.00 | $0.00 | $0.00 | $0.00 | $5,132,329.00 |
| **Claim Notes:** (8-1) Claim for services performed for Bariatric Specialists of Illinois, S.C. | | | | | | | | | | | | |
| * 9 | ESSEX INSURANCE COMPANY<br>C/0 ATTORNEY MICHAEL J. FALEY,<br>CRISHAM & KUBES, LTD<br>30 N. LASALLE, STE. 2800<br>CHICAGO IL 60602 | 05/06/2008 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $1,500,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** (9-2) Insurance Policy Deductibles | | | | | | | | | | | | |
| * 10 | EXECUTIVE RISK SPECIALITY INSURANCE CO<br>c/o Soffer, Rech, & Borg LLP<br>48 Wall Street 26th Floor<br>New York NY 10005 | 05/14/2008 | Tardy General Unsecured 726(a)(3) | Disallowed | 7200-000 | $0.00 | $1,719,659.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $12,783,790.59 | $5,564,131.12 | $4,542.67 | $0.00 | $0.00 | $5,559,588.45 |

* There is an objection filed for this claim

CLAIM ANALYSIS REPORT      Page No:  5      Exhibit C

| | | |
|---|---|---|
| **Case No.** | 07-19643 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | **Date:** 6/13/2014 |
| **Claims Bar Date:** | 05/06/2008 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $5.50 | $5.50 | $0.00 | $0.00 | $0.00 | $5.50 |
| Accountant for Trustee Fees (Other Firm) | $1,911.00 | $1,911.03 | $0.00 | $0.00 | $0.00 | $1,911.03 |
| Attorney for Trustee Expenses (Other Firm) | $1,583.64 | $1,583.64 | $0.00 | $0.00 | $0.00 | $1,583.64 |
| Attorney for Trustee Fees (Other Firm) | $78,107.50 | $78,107.50 | $0.00 | $0.00 | $0.00 | $78,107.50 |
| Claims of Governmental Units - 507( | $1,106.61 | $1,106.61 | $0.00 | $0.00 | $0.00 | $1,106.61 |
| Consultant for Trustee Fees | $4,542.67 | $4,542.67 | $4,542.67 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $10,970,663.35 | $5,470,663.35 | $0.00 | $0.00 | $0.00 | $5,470,663.35 |
| Tardy General Unsecured 726(a)(3) | $1,719,659.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $6,210.82 | $6,210.82 | $0.00 | $0.00 | $0.00 | $6,210.82 |

Exhibit D

### TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:         07-19643
Case Name:      BARIATRIC SPECIALISTS OF ILLINOIS, S.C.
Trustee Name:   Horace Fox, Jr.

Balance on hand:                    $51,010.31

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:          $0.00
Remaining balance:          $51,010.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $6,210.82 | $0.00 | $3,607.62 |
| Bruce de 'Medici, Attorney for Trustee Fees | $6,630.00 | $0.00 | $3,851.11 |
| William Hackney and Smith Amundsen LLC, Attorney for Trustee Expenses | $1,583.64 | $0.00 | $919.87 |
| LOIS WEST Popowcer Katten LLC, Accountant for Trustee Fees | $1,911.03 | $0.00 | $1,110.05 |
| Lois West,  Popowcer, Katten LLC, Accountant for Trustee Expenses | $5.50 | $0.00 | $3.19 |
| Other: William Hackney and Smith Amundsen LLC, Attorney for Trustee Fees | $71,477.50 | $0.00 | $41,518.47 |

Total to be paid for chapter 7 administrative expenses:          $51,010.31
Remaining balance:          $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:          $0.00
Remaining balance:          $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,106.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Department of Treasury | $1,106.61 | $0.00 | $0.00 |

Total to be paid to priority claims:      $0.00
Remaining balance:      $0.00

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $5,470,663.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Gordon Flesch Co., Inc. | $100.00 | $0.00 | $0.00 |
| 4 | Holmstrom & Kennedy | $2,514.35 | $0.00 | $0.00 |
| 6 | Kathryn Bonwell | $335,720.00 | $0.00 | $0.00 |
| 8 | Forest Health Services, LLC | $5,132,329.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:      $0.00
Remaining balance:      $0.00

      Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:      $0.00
Remaining balance:      $0.00

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |