**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 07-19643 |
|---|---|---|
| | § | |
| BARIATRIC SPECIALISTS OF | § | |
| ILLINOIS, S.C. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 07/10/2014, in Courtroom 742, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/16/2014           By: /s/ Horace Fox, Jr.
                                       Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 07-19643 |
|---|---|---|
| | § | |
| BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | § § § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*          $59,216.31
*and approved disbursements of*               $8,206.00
*leaving a balance on hand of$^1$:*           $51,010.31

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:                         $51,010.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $6,210.82 | $0.00 | $3,607.62 |
| Bruce de 'Medici, Attorney for Trustee Fees | $6,630.00 | $0.00 | $3,851.11 |
| William Hackney and Smith Amundsen LLC, Attorney for Trustee Expenses | $1,583.64 | $0.00 | $919.87 |
| LOIS WEST Popowcer Katten LLC, Accountant for Trustee Fees | $1,911.03 | $0.00 | $1,110.05 |
| Lois West, Popowcer, Katten LLC, Accountant for Trustee Expenses | $5.50 | $0.00 | $3.19 |
| Other: William Hackney and Smith Amundsen LLC, Attorney for Trustee Fees | $71,477.50 | $0.00 | $41,518.47 |

Total to be paid for chapter 7 administrative expenses:     $51,010.31

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

                                                                            Remaining balance:      $0.00

      Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

      Total to be paid to prior chapter administrative expenses:   $0.00
      Remaining balance:   $0.00

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,106.61 must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Department of Treasury | $1,106.61 | $0.00 | $0.00 |

      Total to be paid to priority claims:   $0.00
      Remaining balance:   $0.00

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $5,470,663.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Gordon Flesch Co., Inc. | $100.00 | $0.00 | $0.00 |
| 4 | Holmstrom & Kennedy | $2,514.35 | $0.00 | $0.00 |
| 6 | Kathryn Bonwell | $335,720.00 | $0.00 | $0.00 |
| 8 | Forest Health Services, LLC | $5,132,329.00 | $0.00 | $0.00 |

      Total to be paid to timely general unsecured claims:   $0.00
      Remaining balance:   $0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ Horace Fox, Jr.
                         Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 07-19643-CAD
Bariatric Specialists of Illinois, S.C.                                   Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: pseamann              Page 1 of 2              Date Rcvd: Jun 17, 2014
                               Form ID: pdf006             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2014.
```
db          +Bariatric Specialists of Illinois, S.C.,    c/o Forest Health Services LLC,
              135 South Prospect Street,    Ypsilanti, Mi 48198-7914
11701501     A.T.S. Medical Services, Inc.,    P.O. Box 15310,    Loves Park, IL 61132-5310
11701503    +Bolinger, Ruberry & Garvey,    500 W. Madison Street, Ste. 2300,    Chicago, IL 60661-2574
11701504    +Bonwell Qualified Settlement Fund,    c/o Cythnia Szymanski Koroll,    One Court Plaza, Ste. 102,
              Rockford, IL 61101-1088
11701505    +Brenner, Ford, Monroe & Scott,    33 N. Dearborn St., Ste. 300,    Chicago, IL 60602-3965
11701506    +Brian S. Boe, M.D.,    6811 Henning Drive,   Marengo, IL 60152-8316
11701507    +Bundy, Robert, c/o Peter M. Trobe,    Trobe, Babowice & Associates,    32 N. West Street, Ste. 102,
              Waukegan, IL 60085-8126
11701508    +Capital Reporting, Inc.,    P.O. Box 3094,   Madison, WI 53704-0094
11701509    +Cassiday Schade & Gloor, LLP,    20 N. Wacker Drive, Ste. 1040,    Chicago, IL 60606-2901
11701510    +Ceridian Corporation,    Attn: Marilyn Palmer,    P.O. Box 10989,   Newark, NJ 07193-0989
11701511    +Clausen Miller,    10 S. LaSalle Street, Ste. 1700,    Chicago, IL 60603-1076
11701512    +Cutler, Mary Beth (Estate of),    c/o Cynthia Szymanski Koroll,    One Court Place, Ste. 102,
              Rockford, IL 61101-1088
12210473    +ESSEX INSURANCE COMPANY,    C/O ATTORNEY MICHAEL J. FALEY,,    CRISHAM & KUBES, LTD,
              30 N. LASALLE, STE. 2800,    CHICAGO, IL 60602-3599
11701513    +Elite Reporting Services,    5301 E. State Street, Ste. 2160,    Rockford, IL 61108-2901
11701515    +Eric Schlesinger, M.D.,    c/o Bariatric Care Centers,    of Arizona, 17500 N. Perimeter Dr.,
              Scottsdale, AZ 85255-7808
11701516    +Eric Vaughn, M.D.,    3150 London Drive,    Olympia Fields, IL 60461-1860
11701517    +Essex Insurance Company,    c/o Shand Morahan & Company, Inc.,    Ten Parkway, North,
              Deerfield, IL 60015-2526
12235949    +Executive Risk Speciality Insurance CO,    c/o Soffer, Rech, & Borg LLP,
              48 Wall Street 26th Floor,    New York, NY 10005-2900
11701518    +Ferguson, Roberta and George,    c/o Stephen M. Passen, Ltd.,    One East Wacker Dr., Ste. 2406,
              Chicago, IL 60601-1980
11701519    +Forest Health Services, LLC,    135 South Prospect St.,    Ypsilanti, MI 48198-7914
12209399    +Gary Cutler,    c/o Brian K. Larkin,    One Court Place, Suite 301,   Rockford, IL 61101-1088
11701520     Gordon Flesch Co., Inc.,    P.O. Box 992,   Madison, WI 53701-0992
11701521    +Heyl Royster Voelker,    124 S.W. Adams Street,,   Ste. 600,   Peoria, IL 61602-1352
11701522    +Holmstrom & Kennedy,    800 N. Church Street,    Rockford, IL 61103-6978
11701523    +Hunt, Kathy Banks,    c/o Cynthia Syzmanski Koroll,    One Court Plaza, Ste. 102,
              Rockford, IL 61101-1088
11701524    +John P. Maguire, M.D.,    c/o Premier Bariatric Associates,    30 E. Apple St., Ste. 6258,
              Dayton, OH 45409-2939
11701525     Jones Lemon Graham & Clancy,    223 E. State Street,    P.O. Box 805,    Geneva, IL 60134-0805
11701526    +Joseph M. Vitello, M.D.,    1868 Morgan Circle,   Naperville, IL 60565-1778
12209446    +Kathryn Bonwell,    c/o Brian K. Larkin,   One Court Place, Suite 301,    Rockford, IL 61101-1088
12209450    +Kathy Banks Hunt and Steven Hunt,    c/o Brian K. Larkin,    One Court Place, Suite 301,
              Rockford, IL 61101-1088
11701527    +Long, Dale (Estate of),    c/o Nathan J. Mirocha,    60 W. Randolph Street,
              Chicago, IL 60601-3392
11701528    +Magne, Carlisle,    c/o Darlene D. Soderberg,    1330 East State Street,    Rockford, IL 61104-2251
11701529     Mayer Brown Rowe & Maw LLP,    2027 Collections Center Drive,    Chicago, IL 60693-0020
11701530    +McGee, Robert (Estate of),    c/o Terrence S. Carden III,    205 W. Wacker Dr, Ste. 900,
              Chicago, IL 60606-1456
11701531    +Office Copy Products,    1920 Daimler Road,    P.O. Box 2905,   Loves Park, IL 61132-2905
12135412     Roberta and George Ferguson,    c/o Frank/Gecker LLP,    Attn: Reed A. Heiligman,
              325 North LaSalle Street, Suite 625,    Chicago, Illinois  60610
11701532    +Rockford Anesthesiologist,    P.O. Box 2905,   Loves Park, IL 61132-2905
11701533     Rockford Association,    of Pathologists,   P.O. Box 15785,    Loves Park, IL 61132-5785
11701534    +Roy E. Berkowitz, M.D.,    336 Candlewick Drive,    Poplar Grove, IL 61065-8912
11701535    +St. Paul Travelers Insurance,    Company,   One Tower Square,    Hartford, CT 06183-0001
11701536     United Healthcare,    c/o MetraComp,   5130 Eisenhower Blvd., Ste. 150,    Tampa, FL 33634-6348
11701537    +Vaughn, Eric,    3150 London Drive,    Olympia Fields, IL 60461-1860
11718917    +William J Burke Esq,    Costello McMahon & Burke Ltd,    150 N Wacker Dr Ste 3050,
              Chicago, IL 60606-1660
11701538     Williams, Sheila (Estate of),    c/o William Burke,    150 N. LaSalle Dr., Ste. 3050,
              Chicago, IL 60606
11701539    +Woodward, Pammie (Estate of),    c/o A. Denison Weaver, Ltd.,    150 N. Michigan Ave.,
              Chicago, IL 60601-7553
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11701502        E-mail/Text: billing@ambs.info Jun 18 2014 01:39:43     AMBS Message Center,    338 W. Franklin,
                 P.O. Box 1325,   Jackson, MI 49204-1325
15667905        E-mail/Text: cio.bncmail@irs.gov Jun 18 2014 01:39:35     Department of Treasury,
                 Internal Revenue Service,    Centralized Insolvency Operations,    P.O. Box 21126,
                 Philadelphia, PA 19114
                                                                                              TOTAL: 2
```

```
District/off: 0752-1          User: pseamann            Page 2 of 2             Date Rcvd: Jun 17, 2014
                              Form ID: pdf006           Total Noticed: 47
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11701514     Eric S. Schlesinger, M.D.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2014                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2014 at the address(es) listed below:

```
          Andrew B Tarnoff     on behalf of Creditor Kathy L. Long atarnoff@kjs-law.com
          Brian K. Larkin     on behalf of Creditor Kathy Banks Hunt brian@blarkinlaw.com
          Bruce E de'Medici     on behalf of Plaintiff Horace  Fox Trustee bdemedici@gmail.com
          Bruce E de'Medici     on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
          Bruce E de'Medici     on behalf of Plaintiff Horace  Fox bdemedici@gmail.com
          Bruce E de'Medici     on behalf of Plaintiff Horace  Fox, as trustee for Bariatric Specialists of
           IL S.C. bdemedici@gmail.com
          Bryan  Minier, E    on behalf of Trustee Horace  Fox, JR bminier@pedersenhoupt.com
          David O. Yuen    on behalf of Creditor   Executive Risk Speciality Insurance dyuen@tresslerllp.com,
           jborcia@tresslerllp.com;tresslerdocket@tresslerllp.com
          Gina B Krol, ESQ    on behalf of Creditor Regina  Williams gkrol@cohenandkrol.com,
           gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
          Horace  Fox, JR    on behalf of Accountant Lois  West foxhorace@aol.com,
           hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
          Horace  Fox, JR    foxhorace@aol.com,
           hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
          Jeffrey A Chadwick     on behalf of Defendant   Forest Health Services, LLC
           jchadwick@mcguirewoods.com
          Jeffrey A Chadwick     on behalf of Debtor   Bariatric Specialists of Illinois, S.C.
           jchadwick@mcguirewoods.com
          Jeffrey A Chadwick     on behalf of Defendant   Forest Health Services LLC
           jchadwick@mcguirewoods.com
          Joseph D Frank    on behalf of Creditor Roberta and George  Ferguson jfrank@fgllp.com,
           ccarpenter@fgllp.com;jkleinman@fgllp.com
          Mark D Conzelmann     on behalf of Creditor   Executive Risk Speciality Insurance
           mconzelmann@tresslerllp.com, chicagodocket@tresslerllp.com
          Michael J. Faley    on behalf of Creditor   Essex Insurance Company mfaley@crishamlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Pete V Albanis    on behalf of Creditor   Executive Risk Speciality Insurance palbanis@tsmp.com
          William S Hackney, III    on behalf of Trustee Horace  Fox, JR whackney@salawus.com,
           jadams@salawus.com
                                                                                             TOTAL: 20
```