# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 07-19643 |
| | § | |
| BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | § § § § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,422.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $59,216.31 | | |

3) Total gross receipts of $59,216.31 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $59,216.31 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $96,024.46 | $96,024.49 | $59,216.31 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $1,106.61 | $1,106.61 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $5,794,526.81 | $12,690,322.85 | $5,470,663.35 | $0.00 |
| **Total Disbursements** | $5,794,526.81 | $12,787,453.92 | $5,567,794.45 | $59,216.31 |

4). This case was originally filed under chapter 7 on 10/23/2007. The case was pending for 82 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/07/2014         By:   /s/ Horace Fox, Jr.
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Account Receivables | 1121-000 | $9,085.34 |
| Bank Account Firth Third Bank 7912152860 | 1129-000 | $149.63 |
| Checking Bank Account JP Morgan Chase | 1129-000 | $26,494.85 |
| Eggiman Settlement/a/r. | 1149-000 | $4,000.00 |
| Bank Account National City Bank | 1229-000 | $4,530.46 |
| Bank of America account | 1241-000 | $10,920.46 |
| Bollinger, Ruberry & Garvey | 1241-000 | $4,000.00 |
| Interest Earned | 1270-000 | $35.57 |
| **TOTAL GROSS RECEIPTS** | | **$59,216.31** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS
NONE

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $6,210.82 | $6,210.82 | $3,607.62 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $43.42 | $43.42 | $43.42 |
| International Sureties, LTD. | 2300-000 | NA | $153.75 | $153.75 | $153.75 |
| Green Bank | 2600-000 | NA | $2,173.16 | $2,173.16 | $2,173.16 |
| Clerk Of the Bankruptcy Court | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| Clerk, US Bankruptcy Court | 2700-000 | NA | $750.00 | $750.00 | $750.00 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $6,630.00 | $6,630.00 | $3,851.11 |
| William Hackney and Smith Amundsen LLC, Attorney for Trustee | 3210-000 | NA | $71,477.50 | $71,477.50 | $41,518.47 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| William Hackney and Smith Amundsen LLC, Attorney for Trustee | 3220-000 | NA | $1,583.64 | $1,583.64 | $919.87 | |
| LOIS WEST Popowcer Katten LLC, Accountant for Trustee | 3410-000 | NA | $1,911.00 | $1,911.03 | $1,110.05 | |
| Lois West, Popowcer, Katten LLC, Accountant for Trustee | 3420-000 | NA | $5.50 | $5.50 | $3.19 | |
| Consultant for Trustee | 3731-000 | NA | $4,542.67 | $4,542.67 | $4,542.67 | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $96,024.46 | $96,024.49 | $59,216.31 | |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Department of Treasury | 5800-000 | $0.00 | $1,106.61 | $1,106.61 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,106.61 | $1,106.61 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Williams, Sheila (Estate of) | 7100-000 | $0.00 | $4,000,000.00 | $0.00 | $0.00 |
| 2 | Gordon Flesch Co., Inc. | 7100-000 | $100.00 | $100.00 | $100.00 | $0.00 |
| 3 | Roberta and George Ferguson | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | Holmstrom & Kennedy | 7100-000 | $20,050.81 | $2,514.35 | $2,514.35 | $0.00 |
| 5 | Gary Cutler | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | Kathryn Bonwell | 7100-000 | $0.00 | $335,720.00 | $335,720.00 | $0.00 |
| 7 | Kathy Banks Hunt and Steven Hunt | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | Forest Health Services, LLC | 7100-000 | $5,088,757.00 | $5,132,329.00 | $5,132,329.00 | $0.00 |
| 9 | ESSEX INSURANCE COMPANY | 7100-000 | $0.00 | $1,500,000.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Executive Risk Speciality Insurance CO | 7200-000 | $0.00 | $1,719,659.50 | $0.00 | $0.00 |
| | A.T.S. Medical Services, Inc. | 7100-000 | $328.20 | $0.00 | $0.00 | $0.00 |
| | AMBS MESSAGE CENTER | 7100-000 | $108.40 | $0.00 | $0.00 | $0.00 |
| | BOLINGER, RUBERRY & GARVEY | 7100-000 | $127,701.32 | $0.00 | $0.00 | $0.00 |
| | BONWELL QUALIFIED SETTLEMENT FUND | 7100-000 | $335,720.00 | $0.00 | $0.00 | $0.00 |
| | BRENNER, FORD, MONROE, & SCOTT | 7100-000 | $26,984.62 | $0.00 | $0.00 | $0.00 |
| | BRIAN S. BOE, M.D. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | BUNDY, ROBERT, C/O PETER M. TROBE | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | CAPITAL REPORTING, INC. | 7100-000 | $848.45 | $0.00 | $0.00 | $0.00 |
| | CASSIDAY SCHADE & GLOOR, LLP | 7100-000 | $5,636.92 | $0.00 | $0.00 | $0.00 |
| | CERIDIAN CORPORATION | 7100-000 | $68.19 | $0.00 | $0.00 | $0.00 |
| | CLAUSEN MILLER | 7100-000 | $137,003.20 | $0.00 | $0.00 | $0.00 |
| | CUTLER, MARY BETH | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ELITE REPORTING SERVICES | 7100-000 | $699.70 | $0.00 | $0.00 | $0.00 |
| | ERIC SCHLESINGER, M.D. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | FERGUSON, ROBERTA AND GEORGE | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HEYL ROYSTER VOELKER | 7100-000 | $17,811.48 | $0.00 | $0.00 | $0.00 |
| | HUNT, KATHY BANKS | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | JOHN O. | 7100-000 | $675.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| MAGUIRE, M.D. | | | | | | |
| JONES LEMON GRAHAM & CLANCY | 7100-000 | $14,346.70 | $0.00 | $0.00 | $0.00 |
| JOSEPH M. VITELLO, M.D. | 7100-000 | $8,500.00 | $0.00 | $0.00 | $0.00 |
| LONG DALE C/O NATHAN MIROCHA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| MAGNE, CARLISLE C/O DARLENE SODERBERG | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| MAYER BROWN ROWE & MAW LLP | 7100-000 | $1,536.70 | $0.00 | $0.00 | $0.00 |
| MCGEE ROBERT C/O TERRANCE S. CARDEN | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| OFFICE COPY PRODUCTS | 7100-000 | $167.95 | $0.00 | $0.00 | $0.00 |
| ROCKFORD ANETHESIOLOGIST | 7100-000 | $5,035.65 | $0.00 | $0.00 | $0.00 |
| ROCKFORD ASSOCIATION | 7100-000 | $625.40 | $0.00 | $0.00 | $0.00 |
| ROY BERKOWITZ, M.D. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| ST. PAIL TRAVELERS INSURANCE | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| UNITED HEALTHCARE C/O METRA CO | 7100-000 | $1,821.12 | $0.00 | $0.00 | $0.00 |
| VAUGHN, ERIC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| WOODWARD, PAMMIE C/O DENISON WEAVER, LTD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $5,794,526.81 | $12,690,322.85 | $5,470,663.35 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 07-19643 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | | Date Filed (f) or Converted (c): | 10/23/2007 (f) |
| For the Period Ending: | 8/7/2014 | | | §341(a) Meeting Date: | 12/04/2007 |
| | | | | Claims Bar Date: | 05/06/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking Bank Account JP Morgan Chase | $0.00 | $26,494.85 | | $26,494.85 | FA |
| **Asset Notes:** | Account # 28122 | | | | | |
| 2 | Checking Bank Account LaSalle 5800675216 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Bank Account Firth Third Bank 7912152860 | $0.00 | $0.00 | | $149.63 | FA |
| **Asset Notes:** | DDA | | | | | |
| 4 | Bank Account Fifth Third Bank 7480495238 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Controlled Disbursements | | | | | |
| 5 | Bank Account Fith Third Bank 7912151946 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Payroll | | | | | |
| 6 | Interest in Insuance Policies. St Paul Travelers Insurance Company Package Policy (12/1/06-12/1/07) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Personal Property, Buisness Liability, Worker Compensation; Umbrella | | | | | |
| 7 | Account Receivables | $86,514.00 | $86,514.00 | | $9,085.34 | FA |
| **Asset Notes:** | Net Patient Recivables 129,294 i) Blue Cross, Blue Shield 1,077 ii) United Health, 19,606 iii patient balances 620,621 Less Bad Debt Allowences 496,497  A/r needs to be grossly allocated as RDK took out its 50% prior to sending net amount to us. 11.1.13 Less Negative Cash on Hand 42,780 Less Contractual Allowances 15,512.  These receivabales are very old and belonged to patient, some deceased and too ill to work, in small amounts, generally. Values on ar's worth very little due to age, amount and financial condition of patients. Asset 9, Engiman is part of this asset. | | | | | |
| 8 | Other Personal Property Prepaid Insurance | $2,422.00 | $2,422.00 | | $0.00 | FA |
| **Asset Notes:** | used to pay ins premiums no value | | | | | |
| 9 | Eggiman Settlement/a/r.   (u) | Unknown | $4,000.00 | | $4,000.00 | FA |
| **Asset Notes:** | a/r not to be included in RDK a/r.  Received from Smith Amundsen | | | | | |
| 10 | preferential transfer action v. Tsinman   (u) | $0.00 | $15,000.00 | | $0.00 | FA |
| **Asset Notes:** | adversary filed 10.16.09 | | | | | |
| 11 | preference v. Forest Health, based of fraudulent transfer   (u) | $0.00 | $10.00 | | $0.00 | FA |
| **Asset Notes:** | Forest managed Bariatric.  Discovery showed this action is worthless. | | | | | |
| 12 | Bank Account National City Bank   (u) | $0.00 | $4,530.46 | | $4,530.46 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2        Exhibit 8

| Case No.: | 07-19643 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | Date Filed (f) or Converted (c): | 10/23/2007 (f) |
| For the Period Ending: | 8/7/2014 | | §341(a) Meeting Date: | 12/04/2007 |
| | | | Claims Bar Date: | 05/06/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13  Bollinger, Ruberry & Garvey    (u) | $4,000.00 | $4,000.00 | | $4,000.00 | FA |
| **Asset Notes:**  Adversary Settlement case # 0900988 | | | | | |
| 14  Bank of America account    (u) | $0.00 | $0.00 | | $10,920.46 | FA |
| **Asset Notes:**  complaint being prepared, filed 10.9.13  Default jdmt being prepared. | | | | | |
| INT  Interest Earned    (u) | Unknown | Unknown | | $35.57 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                                                        **Gross Value of Remaining Assets**

$92,936.00        $142,971.31        $59,216.31        $0.00

**Major Activities affecting case closing:**

Final report approved, fee orders entered and checks cut 7.10.14.

Final report and fee applications in court 7.10.14

Modified final report to UST 6.13.14, all admins pro rata.

Final report submitted, 5.28.14

Case 07-19643   Doc 131   Filed 09/15/14   Entered 09/15/14 14:59:18   Desc Main
Document   Page 9 of 20

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3   Exhibit 8

| Case No.: | 07-19643 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | | Date Filed (f) or Converted (c): | 10/23/2007 (f) |
| For the Period Ending: | 8/7/2014 | | | §341(a) Meeting Date: | 12/04/2007 |
| | | | | Claims Bar Date: | 05/06/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

There is still a 10,000 balance to collect from Bank of America. 7.5.11

A/r collector Kundrata has collected a small amount of the old, small receivables receivables.   Called for status 11.03.11

Bank of America check still outstanding..Kundrata a/r's are small and old and may need to be deemed abandoned. 3.11.12

E-mail Mr. de 'Medici re BOA account collection. 7.7.12

Pursuing Bank of America account. 10.27.12

Sent e-mail requesting status of collection to Mr. de Medici 2.10.13

Emailed L. West re taxable event 7.29.13

Adversary v BOA being prepared for filing 8.9.13

Bank of America adversary filed 10.9.13, status 11.13.13. 10:30 AM, 742.

There are in fact 11 claims, although the claims register in software only shows 2, Pacer shows 11.  # 11 is priority.

Claim objection set in court in April 10, 2014.(3.30.14)

Claim objection to claim 3 continued to 4.17.14, claim disallowed.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 4                                     Exhibit 8

| Case No.: | 07-19643 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | | Date Filed (f) or Converted (c): | 10/23/2007 (f) |
| For the Period Ending: | 8/7/2014 | | | §341(a) Meeting Date: | 12/04/2007 |
| | | | | Claims Bar Date: | 05/06/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Small adversary( Tsinman status 1.28.10) to be dismissed, money went out of the estate, but was replaced by Forest Health.

4.8.10 approval or compromise on adversary.  4.6.10 order approving fees for attorney.  Accountant hired.

10.2.10

Discovery scheduled with Forest (day to day manager) of Bariatric.

After a deposition of FHS was undertaken, documents were produced and testimony provided, that showed that the transfer of funds to FHS by Bariatric was almost imediately offset by a transfer back to Bariatric.  Further FHS had provided services during the relevant period far in excess of the transfers to to FHS.  The adversary will be dismissed. 1.24.11

Requested reissue of 4,000.00 from Bollinger adversary settlement (accounting department ) by fax from Ms. Trentino, copy to bdm by e-mail.1.26.2011

Confirmed with Mr. de 'Medici that there is a bank account ( 10k yet to be collected ).  12.03.11
Filed adversaries v. Tsinman and Forest Health, which managed debtor
Collection agent, Kundrata hired.  Adversary against Forest Health  and Mr. Tsinman have been filed, for turnover of money and property.  Getting data on monies that left accounts after the case was filed.
Gus Rech, grech@slbllp.com has a 1.75 million claim.
Have filed a motion to employ a collection agent to collect small and old receivables.  Examining bank statements and have demanded balances in the accounts at Fifth Third, National CIty, Chase and Bank of America.
A/r's are so old, and small that collection firm, Teller & Silvertrust have refused to take on contingency.  Contacted medical collections firm.  May need to abandon many of claims.

Found a firm Richard D. Kundrata at 50% to collect  old a r's. Consider turnover action for bank balances and information not turned over.

| Initial Projected Date Of Final Report (TFR): | 09/30/2014 | Current Projected Date Of Final Report (TFR): | 05/01/2014 | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-19643 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1676 | | | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 10/23/2007 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/7/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $42,689.40 | | $42,689.40 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $15.55 | $42,673.85 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $68.86 | $42,604.99 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $70.96 | $42,534.03 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $64.20 | $42,469.83 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $66.32 | $42,403.51 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $68.42 | $42,335.09 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $68.31 | $42,266.78 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $40.82 | $42,225.96 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $63.77 | $42,162.19 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $70.23 | $42,091.96 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $63.54 | $42,028.42 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $67.82 | $41,960.60 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $67.71 | $41,892.89 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $65.42 | $41,827.47 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $74.02 | $41,753.45 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $58.68 | $41,694.77 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $67.28 | $41,627.49 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $69.34 | $41,558.15 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $62.73 | $41,495.42 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $66.96 | $41,428.46 |
| 02/05/2013 | 5002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $49.15 | $41,379.31 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $60.33 | $41,318.98 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $66.67 | $41,252.31 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $64.42 | $41,187.89 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $70.75 | $41,117.14 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $59.92 | $41,057.22 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $66.25 | $40,990.97 |
| | | | **SUBTOTALS** | | **$42,689.40** | **$1,698.43** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-19643 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1676 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/23/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/7/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $70.41 | $40,920.56 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $59.64 | $40,860.92 |
| 10/09/2013 | 5003 | Clerk Of the Bankruptcy Court | Complaint by Horace Fox, Jr. against BANK OF AMERICA, N.A.. Fee Amount $293. Adversary # 13-01222 | 2700-000 | | $293.00 | $40,567.92 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $65.67 | $40,502.25 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $65.35 | $40,436.90 |
| 12/23/2013 | (14) | BANK OF AMERICA | Preference Settlement Bank of America | 1241-000 | $10,920.46 | | $51,357.36 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $63.71 | $51,293.65 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $88.11 | $51,205.54 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $74.63 | $51,130.91 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $77.18 | $51,053.73 |
| 04/01/2014 | 5004 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $43.42 | $51,010.31 |
| 07/11/2014 | 5005 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $3,607.62 | $47,402.69 |
| 07/11/2014 | 5006 | Bruce de 'Medici | Final   Dividend: 7.54; Amount Allowed: 6,630.00; | 3210-000 | | $3,851.11 | $43,551.58 |
| 07/11/2014 | 5007 | William Hackney and Smith Amundsen LLC | Final   Dividend: 81.39; Amount Allowed: 71,477.50; | 3210-000 | | $41,518.47 | $2,033.11 |
| 07/11/2014 | 5008 | William Hackney and Smith Amundsen LLC | Final   Dividend: 1.80; Amount Allowed: 1,583.64; | 3220-000 | | $919.87 | $1,113.24 |
| 07/11/2014 | 5009 | LOIS WEST Popowcer Katten LLC | Check accidentally VOIDED amount re-issued to accountant Lois West for administrative fees. | 3410-003 | | $1,110.05 | $3.19 |
| 07/11/2014 | 5009 | VOID: LOIS WEST Popowcer Katten LLC | Check accidentally VOIDED amount re-issued to accountant Lois West for administrative fees. | 3410-003 | | ($1,110.05) | $1,113.24 |
| 07/11/2014 | 5010 | Clerk, US Bankruptcy Court | Check Voided because it was issued to the clerk of the court instead of to accountant for administrative expenses. We know the correct address for this payee and so this check will be re-issued to Lois West. | 3420-003 | | $3.19 | $1,110.05 |
| 07/11/2014 | 5010 | VOID: Clerk, US Bankruptcy Court | Check Voided because it was issued to the clerk of the court instead of to accountant for administrative expenses. Check will be re-issued to Lois West. | 3420-003 | | ($3.19) | $1,113.24 |
| 07/11/2014 | 5011 | LOIS WEST Popowcer Katten LLC | Accountant administrative fees. | 3410-000 | | $1,110.05 | $3.19 |

**SUBTOTALS**   $10,920.46   $51,908.24

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-19643 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1676 | | | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 10/23/2007 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/7/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/11/2014 | 5012 | Lois West, Popowcer, Katten LLC | Accountant administrative expenses. | 3420-000 | | $3.19 | $0.00 |
| | | | **TOTALS:** | | $53,609.86 | $53,609.86 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $42,689.40 | $0.00 | |
| | | | **Subtotal** | | $10,920.46 | $53,609.86 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $10,920.46 | $53,609.86 | |

| For the period of 10/23/2007 to 8/7/2014 | | For the entire history of the account between 07/25/2011 to 8/7/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,920.46 | Total Compensable Receipts: | $10,920.46 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,920.46 | Total Comp/Non Comp Receipts: | $10,920.46 |
| Total Internal/Transfer Receipts: | $42,689.40 | Total Internal/Transfer Receipts: | $42,689.40 |
| | | | |
| Total Compensable Disbursements: | $53,609.86 | Total Compensable Disbursements: | $53,609.86 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $53,609.86 | Total Comp/Non Comp Disbursements: | $53,609.86 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-19643 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1676 | | Checking Acct #: | ******9643 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/23/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/7/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/07/2009 | | Transfer From Acct#******9643 | trans money market to checking for adversary filing | 9999-000 | $250.00 | | $250.00 |
| 08/07/2009 | 2 | CLERK, U.S. BANKRUPTCY COURT | Adversary case 09-00687. (11 (Recovery of money/property - 542 turnover of property)): Complaint by Horace Fox Trustee against Forest Health Services LLC. Fee Amount $250 | 2700-000 | | $250.00 | $0.00 |
| 10/15/2009 | | Transfer From Acct#******9643 | transfer from money market to checking for adversary filing | 9999-000 | $500.00 | | $500.00 |
| 10/15/2009 | 3 | Clerk, US Bankruptcy Court | Adversary case 09-00988. (12 (Recovery of money/property - 547 preference)): Complaint by Horace Fox Trustee against Bollinger Ruberry & Garvey. ( | 2700-000 | | $250.00 | $250.00 |
| 10/15/2009 | 4 | Clerk, US Bankruptcy Court | Adversary case 09-00992. (12 (Recovery of money/property - 547 preference)): Complaint by Horace Fox against Michael G. Tsinman. Fee Amount $250. | 2700-000 | | $250.00 | $0.00 |
| 10/23/2009 | | Transfer From Acct#******9643 | transfer from money market to checking/adv filing | 9999-000 | $250.00 | | $250.00 |
| 10/23/2009 | 5 | Clerk, US Bankruptcy Court | Adversary case 09-01034. (12 (Recovery of money/property - 547 preference)): Complaint by Foresth Health Services, LLC against Horace Fox Jr. Fee Amount $250 | 2700-000 | | $250.00 | $0.00 |
| 04/28/2010 | | Transfer From # ******9643 | Transfer For Bond Payment | 9999-000 | $29.12 | | $29.12 |
| 04/28/2010 | 6 | International Sureties, LTD. | Bond Payment | 2300-000 | | $29.12 | $0.00 |
| 03/02/2011 | | Transfer From # ******9643 | Transfer For Bond Payment | 9999-000 | $34.66 | | $34.66 |
| 03/02/2011 | 7 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $34.66 | $0.00 |

**SUBTOTALS**  $1,063.78   $1,063.78

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-19643 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1676 | | Checking Acct #: | ******9643 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/23/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/7/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,063.78 | $1,063.78 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1,063.78 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $1,063.78 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $1,063.78 | |

**For the period of 10/23/2007 to 8/7/2014**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,063.78 |
| | |
| Total Compensable Disbursements: | $1,063.78 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,063.78 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/07/2009 to 8/7/2014**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,063.78 |
| | |
| Total Compensable Disbursements: | $1,063.78 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,063.78 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-19643 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1676 | | | Money Market Acct #: | ******9643 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/23/2007 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/7/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/07/2009 | (9) | Wallace L. Taylor | Accounts Receivable Collection, Bariatric V.Eggiman settlement. | 1149-000 | $4,000.00 | | $4,000.00 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.12 | | $4,000.12 |
| 05/01/2009 | (3) | Fifth Third Bank | Close account. There are three Fifth Third bank claims. | 1129-000 | $149.63 | | $4,149.75 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.18 | | $4,149.93 |
| 06/17/2009 | | Chase | collection on a/r's, Chase | * | $1,256.19 | | $5,406.12 |
| | {7} | | $2,512.38 | 1121-000 | | | $5,406.12 |
| | | | RDK receivable-.Trustee is authorized to pay Richard D. Kundrata order dated 4/14/09    $(1,256.19) | 3731-000 | | | $5,406.12 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.19 | | $5,406.31 |
| 07/10/2009 | | RDK Collection Services, Inc. | a/c collections through RDK. Lehman and Fox has cashed no checks from RDK they have all been deposited into the Bariatric account. | * | $2,436.02 | | $7,842.33 |
| | {7} | | $4,872.04 | 1121-000 | | | $7,842.33 |
| | | | Trustee is authorized to pay 50% to Richard D. Kundrata order dated 4/14/09    $(2,436.02) | 3731-000 | | | $7,842.33 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.26 | | $7,842.59 |
| 08/07/2009 | | Transfer To Acct#******9643 | transfer from money market to checking to pay adversary filing fee. | 9999-000 | | $250.00 | $7,592.59 |
| 08/07/2009 | 1 | Clerk Of the Bankruptcy Court | Adversary case 09-00687. (11 (Recovery of money/property - 542 turnover of property)): Complaint by Horace Fox Trustee against Forest Health Services LLC. Fee Amount $250 | 2700-003 | | $250.00 | $7,342.59 |
| 08/07/2009 | 1 | VOID: Clerk Of the Bankruptcy Court | void check | 2700-003 | | ($250.00) | $7,592.59 |
| 08/10/2009 | | RDK Collection Services, Inc. | collections of old receivables through RDK. Lehman and Fox has cashed no checks from RDK they have all been deposited into the Bariatric account. | * | $565.03 | | $8,157.62 |
| | {7} | | $1,130.06 | 1121-000 | | | $8,157.62 |
| | | | Trustee is authorized to pay 50% to Richard D. Kundrata order dated 4/14/09    $(565.03) | 3731-000 | | | $8,157.62 |
| | | | **SUBTOTALS** | | **$8,407.62** | **$250.00** | |

Page No: 7  Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-19643 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1676 | | Money Market Acct #: | ******9643 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/23/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/7/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.34 | | $8,157.96 |
| 09/08/2009 | | RDK Collection Services, Inc. | a/r collection through RDK. Lehman and Fox has cashed no checks from RDK they have all been deposited into the Bariatric account. | * | $43.25 | | $8,201.21 |
| | {7} | | $86.50 | 1121-000 | | | $8,201.21 |
| | | | Trustee is authorized to pay 50% to Richard D. Kundrata order dated 4/14/09  $(43.25) | 3731-000 | | | $8,201.21 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.34 | | $8,201.55 |
| 10/14/2009 | (1) | Chatman Capital Corp | Several Bank Account Chase, Fifth third bank, and Bank Of America listed on schedule B. | 1129-000 | $26,494.85 | | $34,696.40 |
| 10/15/2009 | | Transfer To Acct#******9643 | money market to checking adv filing | 9999-000 | | $500.00 | $34,196.40 |
| 10/23/2009 | | Transfer To Acct#******9643 | trans from money market to checking for adv filing | 9999-000 | | $250.00 | $33,946.40 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.81 | | $33,947.21 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.40 | | $33,948.61 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.44 | | $33,950.05 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.44 | | $33,951.49 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.30 | | $33,952.79 |
| 03/22/2010 | (12) | National City Bank | bank account proceeds, National City | 1229-000 | $4,530.46 | | $38,483.25 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.48 | | $38,484.73 |
| 04/16/2010 | | RDK Collection Services., Inc. | This check amounts to %50 of what was paid on this recievable. Lehman and Fox has cashed no checks from RDK they have all been deposited into the Bariatric account. | * | $242.18 | | $38,726.91 |
| | {7} | | $484.36 | 1121-000 | | | $38,726.91 |
| | | | $(242.18) | 3731-000 | | | $38,726.91 |
| 04/28/2010 | | Transfer To # ******9643 | Transfer For Bond Payment | 9999-000 | | $29.12 | $38,697.79 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.59 | | $38,699.38 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.64 | | $38,701.02 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.59 | | $38,702.61 |

**SUBTOTALS** $31,324.11  $779.12

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-19643 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1676 | | | Money Market Acct #: | ******9643 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/23/2007 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/7/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.64 | | $38,704.25 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.64 | | $38,705.89 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.59 | | $38,707.48 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.64 | | $38,709.12 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.59 | | $38,710.71 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.64 | | $38,712.35 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.64 | | $38,713.99 |
| 02/16/2011 | (13) | Bollinger, Ruberry & Garvey | Deposit Reversed because it did not print the deposit slip. | 1241-000 | $4,000.00 | | $42,713.99 |
| 02/16/2011 | (13) | Bollinger, Ruberry & Garvey | Deposit Reversed because it did not print the deposit slip. | 1241-000 | ($4,000.00) | | $38,713.99 |
| 02/16/2011 | (13) | Bollinger, Ruberry & Garvey | Adversary Settlement case # 0900988, Bollinger | 1241-000 | $4,000.00 | | $42,713.99 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.55 | | $42,715.54 |
| 03/02/2011 | | Transfer To # ******9643 | Transfer For Bond Payment | 9999-000 | | $34.66 | $42,680.88 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.81 | | $42,682.69 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.75 | | $42,684.44 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.81 | | $42,686.25 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.75 | | $42,688.00 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $1.40 | | $42,689.40 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $42,689.40 | $0.00 |

**SUBTOTALS** $4,021.45 $42,724.06

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-19643 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1676 | Money Market Acct #: | ******9643 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/23/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/7/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $43,753.18 | $43,753.18 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $43,753.18 | |
| | | | Subtotal | | $43,753.18 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $43,753.18 | $0.00 | |

| For the period of 10/23/2007 to 8/7/2014 | | For the entire history of the account between 04/07/2009 to 8/7/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $48,295.85 | Total Compensable Receipts: | $48,295.85 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $48,295.85 | Total Comp/Non Comp Receipts: | $48,295.85 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,542.67 | Total Compensable Disbursements: | $4,542.67 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,542.67 | Total Comp/Non Comp Disbursements: | $4,542.67 |
| Total Internal/Transfer Disbursements: | $43,753.18 | Total Internal/Transfer Disbursements: | $43,753.18 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 07-19643 | |
| Case Name: | BARIATRIC SPECIALISTS OF ILLINOIS, S.C. | |
| Primary Taxpayer ID #: | **-***1676 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/23/2007 | |
| For Period Ending: | 8/7/2014 | |

| | | |
|---|---|---|
| Trustee Name: | Horace Fox, Jr. | |
| Bank Name: | STERLING BANK | |
| Money Market Acct #: | ******9643 | |
| Account Title: | | |
| Blanket bond (per case limit): | $5,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $54,673.64 | $54,673.64 | $0.00 |

**For the period of 10/23/2007 to 8/7/2014**

| | |
|---|---|
| Total Compensable Receipts: | $59,216.31 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $59,216.31 |
| Total Internal/Transfer Receipts: | $43,753.18 |
| | |
| Total Compensable Disbursements: | $59,216.31 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $59,216.31 |
| Total Internal/Transfer Disbursements: | $43,753.18 |

**For the entire history of the case between 10/23/2007 to 8/7/2014**

| | |
|---|---|
| Total Compensable Receipts: | $59,216.31 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $59,216.31 |
| Total Internal/Transfer Receipts: | $43,753.18 |
| | |
| Total Compensable Disbursements: | $59,216.31 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $59,216.31 |
| Total Internal/Transfer Disbursements: | $43,753.18 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.